JOHN L. BURRIS, ESQ. SB #69888
BENJAMIN NISENBAUM, ESQ. SB #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport St., Suite 1120
Oakland, CA 94621
(510) 839-5200
(510) 839-3882 *fax*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MAESTRINI,<br><br>        Plaintiff,<br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO;<br>HEATHER FONG, CHIEF OF POLICE;<br>OFFICER JESSE SERNA, DOES 1-25,<br>Inclusive,<br>        Defendants. | Case No.: 07-02941<br><br>SUMMONS RETURNED EXECUTED<br>SERVED ON: MAYORS' OFFICE<br>FOR THE CITY & COUNTY OF<br>SAN FRANCISCO<br><br><br>PROOF OF SERVICE |

Maestrini v. City and County of San Francisco  C07 2941

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me  
DATE: June 8, 2007

Name of SERVER: Ted Thrower  
TITLE: Process Server

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Office of the Mayor, City Hall Rm 200, SF. 94102

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4 | $55 | $59 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 8, 2007  
Date

Signature of Server

Address of Server: 842 46th St., Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.