```
 1  JOHN L. BURRIS, ESQ. SB #69888
    BENJAMIN NISENBAUM, ESQ. SB #222173
 2  LAW OFFICES OF JOHN L. BURRIS
 3  Airport Corporate Centre
    7677 Oakport St., Suite 1120
 4  Oakland, CA  94621
    (510) 839-5200
 5  (510) 839-3882 fax
 6
    Attorneys for Plaintiff
 7
 8
                        UNITED STATES DISTRICT COURT
 9
10                     NORTHERN DISTRICT OF CALIFORNIA
11
    MARCO MAESTRINI,                )    Case No.: 07-02941
12                                  )
           Plaintiff,               )    SUMMONS RETURNED EXECUTED
13     v.                           )    SERVED ON: HEATHER FONG, CHIEF
                                    )    OF POLICE FOR THE CITY &
14  CITY & COUNTY OF SAN FRANCISCO; )    COUNTY OF SAN FRANCISCO
15  HEATHER FONG, CHIEF OF POLICE;  )
    OFFICER JESSE SERNA, DOES 1-25, )
16  Inclusive,                      )
           Defendants.              )
17                                  )    PROOF OF SERVICE
                                    )
18
```

Maestrini v. City and County of San Francisco   C07 2941
Served: Heather Fong, Chief of Police

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | June 8, 2007 |

| Name of SERVER | TITLE |
|---|---|
| Ted Thrower | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Officer C. Carlson #969, 850 Bryant Street, S.F. 94103

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $35 | — | $35 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 8, 2007
                   Date

Signature of Server

842 46th St., Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.