UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** September 12, 2007         **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2941 PJH

**Case Name:** Marco Maestrini v. City and County of San Francisco, et al.

**Attorney(s) for Plaintiff:**   Ben Nisenbaum
**Attorney(s) for Defendant:**   David B. Newdorf

**Deputy Clerk:** Nichole Heuerman         **Court Reporter:** Katherine Powell

**PROCEEDINGS**

    Defendants' Motion to Dismiss-DENIED as stated on the record. By agreement of the parties the court dismisses causes of action 7, 8, 10 and 11. Plaintiff shall file an amended complaint within 20 days of today's date. Defendants shall file an answer to the amended complaint within 20 days from the date the amended complaint is filed.

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file