1  JOHN L. BURRIS, Esq./ State Bar #69888
   BENJAMIN NISENBAUM, Esq./State Bar #222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:  (510) 839-5200          Facsimile: (510) 839-3882
   Email: john.burris@johnburrislaw.com
5          bnisenbaum@gmail.com

6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MAESTRINI, | Case No.  C 07 2941 PJH |
| Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES** |
| vs. | Local Rule 3-16 |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, | |
| Defendants.                                      / | |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   1.   St. Francis Hospital in San Francisco has a financial interest for outstanding medical bills owed by Plaintiff of approximately $4,000.00 for medical treatment of physical injuries incurred by Plaintiff due to the subject-incident of Plaintiff's lawsuit.

2.	Julie Kriegler, Ph.D., The Center at 435, in Palo Alto has a financial interest as a lien for psychological treatment of psychological injuries sustained by Plaintiff due to the subject-incident of Plaintiff's lawsuit.

Dated: September 26, 2007							**The Law Offices of John L. Burris**


									/s/ Benjamin Nisenbaum
									Benjamin Nisenbaum
									Attorneys for Plaintiff
									MARCO MAESTRINI