UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** September 27, 2007                **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2941 PJH

**Case Name:** Marco Maestrini v. City and County of San Francisco, et al.

**Attorney(s) for Plaintiff:**     Ben Nisenbaum
**Attorney(s) for Defendant:**     David B. Newdorf

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

**PROCEEDINGS**

Initial Case Management Conference-Held. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed within 120 days.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 8/1/08**
**Expert disclosure: 11/9/08; Rebuttal: 11/19/08**
**Expert discovery cutoff: 12/19/08**
**Dispositive Motions heard by: 10/1/08**
**Pretrial Conference: 1/15/09 at 2:30 p.m.**
**Trial: 2/2/09 at 8:30 a.m., for 8 days, by [x] Jury  [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file; ADR