# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Maestrini,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>City & County of San Francisco,<br><br>　　　　　Defendant(s). | 07-02941 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Christopher Johns**
Johns & Allyn APC
1010 B St., Suite 350
San Rafael, CA 94901
415-459-5223

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02941 PJH MED　　　　　　　　　　- 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: October 3, 2007

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov