DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID B. NEWDORF, State Bar #172960
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3892
Facsimile:     (415) 554-3837
E-Mail:        david.newdorf@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MAESTRINI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. C 07-2941 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR COURT-ORDERED MEDIATION** |

　　　　The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of the Court's September 28, 2007 Case Management Order to extend by 60 days the time for Court-ordered mediation based on the following circumstances:

　　　　1.　　The Court ordered the parties to mediation and set a deadline of January 25, 2008 (120 days from the case management order).

2. Deputy City Attorney David Newdorf, plaintiff's counsel John Burris, and Court-appointed mediator Christopher Johns held a telephone conference on December 10, 2007. During the conference, the parties agreed that additional discovery would be necessary in order for mediation to be beneficial. Plaintiff's counsel's will is now preparing for trial and will be in trial in U.S. District Court for most of January 2008. Accordingly, the parties agreed to seek a 60-day extension of the time to mediate the case. The Court-appointed mediator agreed to this extension, if requested by the parties and approved by the Court.

3. There have been no other modifications to the Case Management order. The trial of this matter is set for February 2, 2009. No other dates will be affected by this change.

STIPULATED AND AGREED:

Dated: December 10, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DAVID B. NEWDORF
SEAN F. CONNOLLY
Deputy City Attorneys

By: s/ *David B. Newdorf*
       DAVID B. NEWDORF
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA
DENNIS J. HERRERA

LAW OFFICE OF JOHN L. BURRIS
JOHN L. BURRIS
BEN NISENBAUM

By: s/ *John L. Burris*
       JOHN L. BURRIS
Attorneys for Plaintiff
MARCO MAESTRINI

ORDER CONTINUING MEDIATION DEADLINE
CASE NO. C 07-2941 PJH                    2                    n:\lit\li2007\071561\00454285.doc

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the deadline for Court-ordered mediation in this case is continued to March 25, 2008.

DATED: 12/20/07

