1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DAVID B. NEWDORF, State Bar #172960
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3892
6  Facsimile:    (415) 554-3837
   E-Mail:        david.newdorf@sfgov.org
7

8  Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO,
   HEATHER FONG AND JESSE SERNA
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  MARCO MAESTRINI,                    Case No. C 07-2941 PJH

14          Plaintiff,                  **STIPULATION AND [PROPOSED]
                                        ORDER TO EXTEND THE TIME FOR
15      vs.                             COURT-ORDERED MEDIATION**

16  CITY AND COUNTY OF SAN
    FRANCISCO, a municipal corporation;
17  HEATHER FONG, in her capacity as
    Chief of Police for the CITY AND
18  COUNTY OF SAN FRANCISCO; JESSE
    SERNA, individually, and in his capacity
19  as a police officer for the CITY AND
    COUNTY OF SAN FRANCISCO; and,
20  San Francisco police officers DOES 1-25,
    inclusive,
21
            Defendants.
22

23

24          The undersigned parties, through counsel, STIPULATE and AGREE and jointly request

25  modification of the Court's December 20, 2007 Order To Extend Time For Court-ordered Mediation

26  to extend by 60 days the time for Court-ordered mediation based on the following circumstances:

27          1.      The Court in its September 28, 2007 Case Management Order ordered the parties to

28  mediation within 120 days.

2.    Pursuant to the stipulation of the parties, with the concurrence of Court-appointed mediator Christopher Johns, the parties requested time for discovery that would be necessary in order for mediation to be beneficial. The Court extended the deadline for mediation to March 25, 2008.

3.    During a telephone conference on March 11, 2008, with the mediator, Deputy City Attorney David B. Newdorf and Plaintiff's counsel John L. Burris agreed that additional time would be beneficial to prepare for the mediation. Specifically, plaintiff is seeking additional personnel records of the police officer defendant and both parties need to conduct depositions.

4.    Subject to the Court's approval, the mediator scheduled the mediation of this case for May 20, 2008.

5.    Other than as stated above, there have been no other modifications to the Case Management order. The trial of this matter is set for February 2, 2009. No other dates will be affected by this change.

STIPULATED AND AGREED:

Dated: March 12, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DAVID B. NEWDORF
SEAN F. CONNOLLY
Deputy City Attorneys


By:_____/s/_____
        DAVID B. NEWDORF
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA
DENNIS J. HERRERA

LAW OFFICE OF JOHN L. BURRIS
JOHN L. BURRIS
BENJAMIN NISENBAUM


By:_____/s/_____
        BENJAMIN NISENBAUM
Attorneys for Plaintiff
MARCO MAESTRINI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the deadline for Court-ordered mediation in this case is continued to May 27, 2008.

DATED:_____

_____
Hon. Phyllis J. Hamilton
U.S. District Judge