1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DAVID B. NEWDORF, State Bar #172960
   SEAN F. CONNOLLY, State Bar #152235
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3892
   Facsimile:    (415) 554-3837
7  E-Mail:       david.newdorf@sfgov.org

8  Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, ET AL.
   HEATHER FONG AND JESSE SERNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY OLIVER, II,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO.<br>Defendants. | Case No. C07-02460 JL<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S JOINDER IN OPPOSITION TO MOTION TO RELATE CASES (FILED IN *OLIVER v. CCSF, ET AL.*, USDC, ND CASE NO. C07-2460)** |
| MARCO MAESTRINI,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO.<br>Defendants. | Case No. C 07-2941 PJH<br><br>**DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S JOINDER IN OPPOSITION TO MOTION TO RELATE CASES (FILED IN *OLIVER v. CCSF, ET AL.*, USDC, ND CASE NO. C07-2460)** |

Defendants City and County of San Francisco, et al. (collectively, "Defendants") in the instant matter entitled *Maestrini v. City and County of San Francisco, et al.*, USDC Case No. C 07-2941, hereby join in the Opposition to Motion to Relate Cases filed in *Gregory Oliver II v. City and County of San Francisco, et al.*, United States District Court Case No. C07-02460 and joins in the Opposition to Motion to Relate Cases filed in *Shawn Myers, et al. v. City and County of San Francisco, et al.*, United States District Court Case No. C08-1163.

Dated: June 25, 2008

>
> DENNIS J. HERRERA
> City Attorney
> JOANNE HOEPER
> Chief Trial Deputy
> DAVID B. NEWDORF
> SEAN F. CONNOLLY
> Deputy City Attorneys
>
>
> By: s/David A. Newdorf
> DAVID B. NEWDORF
>
> Attorneys for Defendants
> CITY AND COUNTY OF SAN FRANCISCO,
> HEATHER FONG AND JESSE SERNA

CCSF's Joinder in Opp. to Motion to Relate Cases
CASE NO. C 07-2941 PJH
2
n:\lit\li2007\071561\00492898.doc