1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org
7
8  Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO,
   HEATHER FONG AND JESSE SERNA
9
10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12

13  MARCO MAESTRINI,                          Case No. C 07-02941 PJH

14            Plaintiff,                      **DEFENDANTS' NOTICE OF REASSIGNMENT
                                             OF ATTORNEY**
15        vs.

16  CITY AND COUNTY OF SAN
    FRANCISCO, a municipal corporation;       Trial Date:          Not Set
17  HEATHER FONG, in her capacity as
    Chief of Police for the CITY AND
18  COUNTY OF SAN FRANCISCO; JESSE
    SERNA, individually, and in his capacity
19  as a police officer for the CITY AND
    COUNTY OF SAN FRANCISCO; and,
20  San Francisco police officers DOES 1-25,
    inclusive,
21
              Defendants.
22

23

24      **TO:    THE UNITED STATES DISTRICT COURT AND ALL PARTIES:**

25      **PLEASE TAKE NOTICE** that this case has been reassigned to Deputy City Attorney

26  ROBERT A. BONTA as counsel of record for Defendants City and County of San Francisco, Heather

27  Fong and Jesse Serna.  All pleadings and communications heretofore addressed to Deputy City

28  Attorney DAVID NEWDORF should hereafter be addressed to:

DEFENDANTS' NOTICE OF REASSIGNMENT OF                1                    n:\lit\li2007\071561\00497759.doc
ATTORNEY; CASE NO. C 07-02941 PJH

1

**Robert A. Bonta**
**Deputy City Attorney**
**San Francisco City Attorney's Office**
2
**1390 Market Street, 7th Floor**
**San Francisco, CA  94102-5408**
3
**Telephone:  (415) 554-4268**
**Facsimile:   (415) 554-3837**
4

5

6

Dated:  July 21, 2008
7

8                                            DENNIS J. HERRERA
                                             City Attorney
9                                            JOANNE HOEPER
                                             Chief Trial Deputy
10                                           ROBERT A. BONTA
                                             SEAN F. CONNOLLY
11                                           Deputy City Attorneys

12
                                     By: _____/s/_____
13                                           ROBERT A. BONTA

14                                           Attorneys for Defendants
                                             CITY AND COUNTY OF SAN FRANCISCO,
15                                           HEATHER FONG AND JESSE SERNA

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF REASSIGNMENT OF                    2                    n:\lit\li2007\071561\00497759.doc
ATTORNEY; CASE NO. C 07-02941 PJH