DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MAESTRINI,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C 07-02941 PJH<br><br>**DEFENDANTS' NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Trial Date:          Not Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for defendants City And County Of San Francisco, Heather Fong and Jesse Serna, Deputy City Attorney Robert A. Bonta, will be unavailable for depositions, motions, court appearances, filing oppositions to motions and responding to discovery requests and similar matters that require his immediate attention from *August 8, 2008 through August 29, 2008*.

1 Further, Mr. Bonta is the sole attorney responsible for this matter; therefore, scheduling matters during the above period will subject the offending party or counsel to sanctions.

Tenderloin Housing Clinic, Inc. v. Sparks (1992) 8 Cal.App.4th 299.

Dated: July 25, 2008

                                  DENNIS J. HERRERA
                                  City Attorney
                                  JOANNE HOEPER
                                  Chief Trial Deputy
                                  ROBERT A. BONTA
                                  SEAN F. CONNOLLY
                                  Deputy City Attorneys


By: _____/s/_____
      ROBERT A. BONTA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA