DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT BONTA
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3892
Facsimile:    (415) 554-3837
E-Mail:       robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARCO MAESTRINI, | Case No. C 07-2941 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DEADLINES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, | |
| Defendants. | |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of the Court's September 28, 2007 Case Management and Pretrial Order and March 14, 2008 Order To Extend Time For Court-Ordered Mediation as follows:

Deadline for Court-Ordered Mediation:  Thursday, December 18, 2008

Non-Expert Discovery Cutoff:  Monday, January 5, 2009

Dispositive Motions to Be Heard By:  Wednesday, March 4, 2009

Disclosure of Experts (retained and non-retained):  Monday, April 13, 2009

Disclosure of Rebuttal Experts:  Wednesday, April 22, 2009

Expert Discovery Cutoff:  Friday, May 22, 2009

Pretrial Conference:  Thursday, June 18, 2009 at 2:30 p.m.

Trial Date:  Monday, July 6, 2009 at 8:30 a.m., Courtroom 3, 17th Fl.

The parties make this request based on the following circumstances:

1. Deputy City Attorney David Newdorf, who was previously counsel of record for defendants and was handling all aspect of the above-captioned case, left the San Francisco City Attorney's Office on July 11, 2008.

2. Deputy City Attorney Robert A. Bonta recently substituted in for Deputy City Attorney David Newdorf as counsel of record for defendants.

3. Deputy City Attorney Robert A. Bonta is still getting up to speed on the case.

4. Deputy City Attorney Robert A. Bonta will be taking an approximately three-month parental leave from approximately December 18, 2008 to March 18, 2009.

5. Additional discovery is still required to prepare this case for trial.  For example, both parties need to conduct depositions, including plaintiff's taking of the deposition of defendant Serna. In addition, the parties need to resolve the issue of discovery of Officer Serna's personnel file records.

6. The parties request continuations of the trial date and pretrial deadlines as set forth above.

7. The Court in its September 28, 2007 Case Management Order ordered the parties to mediation within 120 days. Pursuant to stipulation of the parties, with the concurrence of Court-

1 appointed mediator Christopher Johns, the parties requested time for discovery that would be
2 necessary in order for mediation to be beneficial.  The Court extended the deadline for mediation to
3 May 27, 2008.  Other than the aforementioned, there have been no other modifications to the Case
4 Management order.  No other dates will be affected by the requested changes.

1 **SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE**
2 **TRIAL DATE AND RELATED PRETRIAL DEADLINES**

4 STIPULATED AND AGREED:

5 Dated: August 7, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
ROBERT BONTA
SEAN F. CONNOLLY
Deputy City Attorneys


By: _____/s/_____
ROBERT BONTA
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA

Dated: August 7, 2008

LAW OFFICE OF JOHN L. BURRIS
JOHN L. BURRIS
BENJAMIN NISENBAUM


By: _____/s/_____
BENJAMIN NISENBAUM
Attorneys for Plaintiff
MARCO MAESTRINI

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the trial date and pre-trial deadlines be continued as follows:

Deadline for Court-Ordered Mediation:  Thursday, December 18, 2008

Non-Expert Discovery Cutoff:  Monday, January 5, 2009

Dispositive Motions to Be Heard By:  Wednesday, March 4, 2009

Disclosure of Experts (retained and non-retained):  Monday, April 13, 2009

Disclosure of Rebuttal Experts:  Wednesday, April 22, 2009

Expert Discovery Cutoff:  Friday, May 22, 2009

Pretrial Conference:  Thursday, June 18, 2009 at 2:30 p.m.

Trial Date:  Monday, July 6, 2009 at 8:30 a.m., Courtroom 3, 17th Fl.

DATED:_____

---

Hon. Phyllis J. Hamilton
U.S. District Judge