1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  HEATHER FONG AND JESSE SERNA

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  MARCO MAESTRINI,                    Case No. C 07-02941 PJH

14           Plaintiff,                 [PROPOSED] ORDER GRANTING
                                        DEFENDANTS' MOTION PURSUANT TO ADR
15       vs.                            LOCAL RULE 6-10(D) THAT DEFENDANTS
                                        CHIEF HEATHER FONG AND OFFICER JESSE
16  CITY AND COUNTY OF SAN              SERNA BE EXCUSED FROM ATTENDING
    FRANCISCO, a municipal corporation; MEDIATION
17  HEATHER FONG, in her capacity as
    Chief of Police for the CITY AND    Trial Date:      July 6, 2009
18  COUNTY OF SAN FRANCISCO; JESSE
    SERNA, individually, and in his capacity
19  as a police officer for the CITY AND
    COUNTY OF SAN FRANCISCO; and,
20  San Francisco police officers DOES 1-25,
    inclusive,
21
             Defendants.
22

23

24       On March 6, 2009, defendants City and County of San Francisco, San Francisco Police Chief

25  Heather Fong, and San Francisco Police Officer Jesse Serna request, pursuant to ADR Local Rule 6-

26  10(d), that the Court excuse individual defendants Chief Heather Fong and Officer Jesse Serna from

27

28

[PROPOSED] ORDER                            1
CASE NO. C 07-02941 PJH

1  attending the court-ordered mediation of this matter.  The mediation has been scheduled for March
2  13, 2009 with mediator Christopher Johns.

3      After full consideration of the briefing, declarations of counsel, and related papers, the Court
4  rules as follows:

5      For good cause shown, the Court hereby grants defendants City and County of San Francisco,
6  San Francisco Police Chief Heather Fong, and San Francisco Police Officer Jesse Serna request,
7  pursuant to ADR Local Rule 6-10(d), that the Court excuse individual defendants Chief Heather Fong
8  and Officer Jesse Serna from attending the court-ordered mediation of this matter.

9      IT IS SO ORDERED.

Dated: 3/16/09

HON. WAYNE D. BRAZIL
UNITED STATES DISTRICT JUDGE
MAGISTRATE JUDGE

[PROPOSED] ORDER
CASE NO. C 07-02941 PJH

2