1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT BONTA
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3892
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  HEATHER FONG AND JESSE SERNA

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13  | MARCO MAESTRINI, | Case No. C 07-2941 PJH |
    |---|---|
14  | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR DISCLOSURE OF EXPERTS, DISCLOSURE OF REBUTTAL EXPERTS, AND EXPERT DISCOVERY** |
15  | vs. | |
16  | CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive, | |
22  | Defendants. | |

ORDER CONTINUING PRETRIAL DEADLINES          1          n:\lit\li2007\071561\00544255.doc
CASE NO. C 07-2941 PJH

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of the Court's August 28, 2008 Modified Order to Continue Trial Date and Related Pretrial Deadlines as follows:

Disclosure of Experts (retained and non-retained):  Monday, May 4, 2009 (from Monday, April 13, 2009)

Disclosure of Rebuttal Experts:  Friday, May 15, 2009 (from Wednesday, April 22, 2009)

Expert Discovery Cutoff:  Friday, May 29, 2009 (from Friday, May 22, 2009)

All other dates, including the trial date, will remain the same.

The parties make this request based on the following circumstances:

1. The parties are currently involved in settlement negotiations with the help of the court-assigned mediator Christopher Johns.

2. Defendants' summary judgment motion will be heard on Wednesday, March 25, 2009.

3. An order on defendants' summary judgment motion would help facilitate settlement negotiations.

4. Avoiding the costs associated with expert discovery will also facilitate settlement negotiations.

5. The parties plan to get together with mediator Christopher Johns within a week of receipt of the court's summary judgment order to reengage in settlement negotiations.

6. The parties request continuations of the specified pretrial deadlines as set forth above.

7. Pursuant to stipulation of the parties, and based, *inter alia*, on the fact that new defense counsel had just substituted in and needed to get up to speed on the case as well as the fact that additional discovery still needed to be conducted, on August 28, 2008, the Court extended the pretrial deadlines and continued the trial date.  Other than the aforementioned, there have been no other modifications to the portions of the Case Management order that this stipulation seeks to modify.  No other dates will be affected by the requested changes.

1  **SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE**
2  **DEADLINES FOR DISCLOSURE OF EXPERTS, DISCLOSURE OF REBUTTAL**
3  **EXPERTS, AND EXPERT DISCOVERY**

STIPULATED AND AGREED:

Dated:  March 20, 2009

                          DENNIS J. HERRERA
                          City Attorney
                          JOANNE HOEPER
                          Chief Trial Deputy
                          ROBERT BONTA
                          SEAN F. CONNOLLY
                          Deputy City Attorneys

                   By:            /s/
                          ROBERT BONTA
                          Attorneys for Defendants
                          CITY AND COUNTY OF SAN FRANCISCO,
                          HEATHER FONG AND JESSE SERNA

Dated:  March 20, 2009

                          LAW OFFICE OF JOHN L. BURRIS
                          JOHN L. BURRIS
                          BENJAMIN NISENBAUM

                   By:            /s/
                          BENJAMIN NISENBAUM
                          Attorneys for Plaintiff
                          MARCO MAESTRINI

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the pre-trial deadlines be continued as follows:

Disclosure of Experts (retained and non-retained):  Monday, May 4, 2009

Disclosure of Rebuttal Experts:  Friday, May 15, 2009

Expert Discovery Cutoff:  Friday, May 29, 2009

All other dates, including the trial date, will remain the same.

DATED: 3/23/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton