UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MAESTRINI, | No. C-07-2941 PJH (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |
| _____/ | |

By letter dated April 22, 2009, Defendant JESSE SERNA, through counsel Robert A. Bonta, Deputy City Attorney, Office of the City Attorney of San Francisco, requested to be excused from personally appearing at the settlement conference scheduled for April 30, 2009. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendant JESSE SERNA be available by telephone from 9:30 a.m. Pacific Time until further notice on April 30, 2009.

If the Court concludes that the absence of Defendant JESSE SERNA is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant JESSE SERNA.

IT IS SO ORDERED.

Dated: April 28, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge