1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCO MAESTRINI,

    Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).
_____/

No. C 07-2941 PJH

**ORDER OF DISMISSAL**

    The court having been advised by Magistrate Judge Chen following a settlement conference, that the parties have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; however, if any party hereto shall certify to this Court, with proof of service of a copy thereof to the opposing party, within one hundred and twenty (120) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the Court's calendar to be set for trial.

    If no certification is filed, after passage of the one hundred and twenty (120) days, the dismissal shall be **with** prejudice.

    IT IS SO ORDERED.

Dated: May 4, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge