1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Seventh Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837
   E-Mail:       robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO MAESTRINI,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; JESSE SERNA, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco police officers DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C 07-02941 PJH<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br><br>Trial Date:        July 6, 2009 |

**Stipulation of Dismissal with Prejudice and Order**        1                    n:\lit\li2007\071561\00614872.doc
**CASE NO. C 07-02941 PJH**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Settlement Agreement, the undersigned parties, being all the parties who have appeared in this action, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a), that the above-captioned actions on behalf of plaintiff Marco Maestrini against Defendants City And County Of San Francisco, San Francisco Police Chief Heather Fong, and Police Officer Jesse Serna are DISMISSED WITH PREJUDICE.  It is further STIPULATED that plaintiffs and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  March 8, 2010

LAW OFFICE OF JOHN L. BURRIS
JOHN L. BURRIS
BENJAMIN NISENBAUM

By: _____/s/_____
BENJAMIN NISENBAUM
Attorneys for Plaintiff
MARCO MAESTRINI

Dated: March 8, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
ROBERT A. BONTA
Deputy City Attorney

By: _____/s/_____
ROBERT A. BONTA
Deputy City Attorney

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND JESSE SERNA

**IT IS SO ORDERED.**

Dated: 4/5/10

By: _____
HON. PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Stipulation of Dismissal with Prejudice and Order**
**CASE NO. C 07-02941 PJH**

2

n:\lit\li2007\071561\00614872.doc